IN RE: MARTENSSON   CASE NO. 10-14615

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

121
60-249/433

AARON CAILLOUET, Trustee
401 MENARD STREET
THIBODAUX LA 70301

VOID AFTER 90 DAYS

Regarding
MARTENSSON, JULIO EDWARD, JR, MARTENSSON, TRAICE LYNN (10-14615 A)
920003026102766
COMBINED SMALL CHECK

TID # 380220

Date 10/02/2011

$ ***********4.90

~~~Four Dollars and 90/100

Pay to the Order of   Clerk, U.S. Bankruptcy Court
500 Poydras Street, Room B-601
New Orleans LA 70130

AARON CAILLOUET, Trustee

⑆000000121⑆ ⑉043302493⑉ 920030261027566⑈

---

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 229168   - KW
* * C O P Y * *
October 05, 2011
15:24:08

UNC.UNDER$25
10-14615
Debtor.: JULIO EDWARD MARTENSSON
Trustee: Aaron Caillouet
Amount.:           $4.90 CH
Check#.: 121

Total-> $4.90

FROM: CAILLOUET

---

10/5/11

DEPOSITED TO UNCLAIMED UNDER $25.00 (106000).

DUE: FIA CARD SERVICES, NA/BANK OF AMERICA

Printed: 10/02/11 10:51 AM

Page: 1

# Claims Distribution Small Checks

**Trustee: AARON CAILLOUET (380220)**

**Case:** 10-14615 - MARTENSSON, JULIO EDWARD, JR

| Account No. | Check No. | Issued Claim No. | Filed | Pricrity | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|
| 920030261O2766 | 121 | 10/02/11 | | Payee: | Clerk, U.S. Bankruptcy Court | | | Check Amount: | $4.90 |
| | | 19 | 05/20/11 | 610 | FIA Card Services, NA/Bank of America | 236.97 | 236.97 | 4.90 | 4.90 |

(*) Denotes objection to Amount Filed